# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1332
Lower Tribunal No. 2017-CF-002546-A-O

_____

KHALIL JAHMARRI LANG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.


Khalil Jahmarri Lang, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED